HARVEY GORDON v. INGERSOLL-RAND COMPANY.

December 1, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HENRY GRIFFIN.

December 1, 1970. Petition for certification denied.